ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP - 8 2005
CLERK, U.S. DISTRICT COURT
By _____

| | | |
|---|---|---|
| SAMUEL NIBLETT | ) | |
| | ) | |
| V. | ) | 3-05-CV-1435-M |
| | ) | |
| AMERICAN OIL & GAS CORP., ET AL | ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge William F. Sanderson, Jr., made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge. *but noting that the Plaintiff has since paid the filing fee.*

SO ORDERED this 8th day of September, 2005.

BARBARA M.G. LYNN
UNITED STATES DISTRICT JUDGE